IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WEATHERPROOF WIRELESS, LLC, <br><br> Plaintiff <br><br> v. <br><br> ITRON, INC., <br><br> Defendant. | CASE NO. 1:17-cv-03920-TCB <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Weatherproof Wireless, LLC ("Weatherproof") and Itron, Inc. ("Itron") hereby stipulate that Weatherproof's claims against Itron in the above-captioned case are dismissed with prejudice, and Itron's counterclaims against Weatherpoof in the above-captioned case are dismissed without prejudice.

Dated: December 22, 2017                    Respectfully submitted,

By: /s/ *Daniel A. Kent*                     By: /s/ *Steven L. Park*
    Daniel A. Kent                              Steven L. Park
    Georgia Bar No. 415110              Georgia Bar No. 563227
    KENT & RISLEY LLC                   1201 West Peachtree Street, Suite 28(
    5755 N Point Pkwy Ste 57           Atlanta, Georgia 30309-3450
    Alpharetta, GA 30022                  Telephone: 404.736.7800
    Telephone: (404) 585-4214         steven.park@dlapiper.com
    Facsimile: (404) 829-2412
    dankent@kentrisley.com

| | |
|---|---|
| Nicole D. Galli<br>(*pro hac vice*)<br>Charles P. Goodwin<br>(*pro hac vice*)<br>LAW OFFICES OF N.D. GALLI LLC<br>2 Penn Center Plaza, Suite 910<br>1500 JFK Blvd<br>Philadelphia, PA 19102<br>Telephone: (215) 525-9580<br>Facsimile: (215) 525-9585<br>ndgalli@ndgallilaw.com<br>cgoodwin@ndgallilaw.com | John M. Guaragna<br>(*pro hac vice*)<br>Texas Bar No. 24043308<br>Brian K. Erickson<br>(*pro hac vice*)<br>Texas Bar No. 24012594<br>**DLA PIPER LLP (US)**<br>401 Congress Avenue, Suite 2500<br>Austin, TX 78701-3799<br>Tel: 512.457.7000<br>Fax: 512.457.7001<br>john.guaragna@dlapiper.com<br>brian.erickson@dlapiper.com |
| **Attorneys for Plaintiff Weatherproof Wireless, LLC** | **Attorneys for Defendant Itron, Inc.** |

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to L.R. 7.1.D of the Northern District of Georgia, that the foregoing STIPULATION OF DISMISSAL was prepared in 14-point Times New Roman font.

*/s/ Steven L. Park*
Steven L. Park

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 22nd day of December, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

            */s/ Steven L. Park*
            Steven L. Park